**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John D. Raysbrook  aka John David Raysbrook | CHAPTER 7 |
| Debtor(s) | BKY. NO. 20-11909 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                            Respectfully submitted,
                            **/s/ Rebecca A. Solarz Esquire**
                            Rebecca A Solarz, Esquire
                            Kevin G. McDonald, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322