Certificate Number: 15317-PAE-DE-034428270

Bankruptcy Case Number: 20-11909



15317-PAE-DE-034428270

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 7, 2020, at 8:37 o'clock AM PDT, John D Raysbrook completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 7, 2020

By: /s/Mariel Macrohon

Name: Mariel Macrohon

Title: Counselor